April 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF C.R., A JUVENILE,

NO. 14-13-00295-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on February 15, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.